# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:

Suzanne Mary Brown
Debtor(s).

Suzanne Mary Brown
Plaintiff

v.

Joan F. Riemitis
Defendant

Case No. 26−10757−KB
Chapter 13

Adv. No. 26−01040−KB

---

## NOTICE OF DEFICIENCY RE: ADVERSARY COVER SHEET

In accordance with Local Bankruptcy Rule 7003−1, the adversary complaint cover sheet must include the complete name and address of each plaintiff and defendant.

The cover sheet filed with this complaint does not include the addresses. A separate document listing the names and addresses must be filed.

Adversary Cover Sheet and/or List of Names and Addresses to be filed on or before September 28, 2026.

Dated: September 17, 2026

For the Court
Kristie Trimarco, Clerk
BY: /s/ K.LeLievre
Deputy Clerk

Form ntcdefcvshtap−842