# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br>Suzanne Mary Brown,<br>Debtor. | Case No. 26-10757-KB<br>Chapter 13 |
| Suzanne Mary Brown,<br>Plaintiff.<br><br>v.<br><br>Joan F. Riemitis,<br>Defendant. | Adv. No. 26-01040-KB |

## PROCEDURAL ORDER REGARDING REMOVAL ACTION

This adversary proceeding was commenced by the filing in this Court of a Notice of Removal by Suzanne Mary Brown dated September 17, 2026. Pursuant to Fed. R. Bankr. P. 9027(e)(2) it is hereby ORDERED,

To the extent not already filed, the party filing the Notice of Removal shall file copies of all records and proceedings relating to the claim or cause of action in the court from which this proceeding was removed, including a certified copy of the docket, with this Court by **September 23, 2026**. All parties are reminded that Fed. R. Bankr. P. 9027(a)(1) and (e)(3) require certain statements regarding whether the parties consent to entry of final orders or judgment by the bankruptcy court. If the parties have not complied with this requirement, they are directed to do so by **October 1, 2026.**

A pretrial hearing shall be scheduled on this proceeding on **October 28, 2026 at 1:30 p.m.** in the U.S. Bankruptcy Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire.

Date: September 17, 2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge