**Coos**

FILED 2026 SEP 24 AM11:49
Clerk of the US Bankruptcy Court NH

## Case Summary

**Case No. 214-2026-CV-00129**

AP 26-1040

**Suzanne M Brown v Joan Riemitis** § §

Location: **Coos**
Filed on: **07/06/2026**

### Case Information

Case Type: Complaint for Injunction
Case Status: **09/15/2026 Closed**

### Assignment Information

**Current Case Assignment**
Case Number 214-2026-CV-00129
Court Coos
Date Assigned 07/06/2026

### Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Brown, Suzanne M** | **Pro Se**<br>(603)828-4860(H) |
| **Defendant** | **Riemitis, Joan** | **Riff, IV, John L. ESQ**<br>***Retained***<br>000-000-0000(W) |

### Events and Orders of the Court

07/06/2026 Complaint - Civil — Index # 1
*Jury Trial*
Party: Plaintiff Brown, Suzanne M
*Jury Trial*

07/06/2026 Appearance — Index # 2
*of Pro Se Plt*
Party: Plaintiff Brown, Suzanne M
*of Pro Se Plt*

07/06/2026 Ex Parte Motion — Index # 3
*to Prevent sale of Property - Plt*
Party: Plaintiff Brown, Suzanne M
*to Prevent sale of Property - Plt*

07/06/2026 Motion to Waive Fees — Index # 4
*- Plt*
Party: Plaintiff Brown, Suzanne M
*- Plt*

07/06/2026 Statement of Assets and Liabilities - Individual — Index # 5
*- Plt*
Party: Plaintiff Brown, Suzanne M
*- Plt*

07/06/2026 Granted
*Sup Ct Administrator Amy Feliciano Env 5061332*

07/06/2026 Motion to Amend Complaint — Index # 8

| | | | |
|---|---|---|---|
| | *to Attach Supporting Documents*<br>Party: Plaintiff Brown, Suzanne M<br>*to Attach Supporting Documents* | | |
| 07/06/2026 | Amended Complaint<br>*1st Amended*<br>Party: Plaintiff Brown, Suzanne M<br>*1st Amended* | | Index # 9 |
| 07/06/2026 | Other<br>*Attachment to Amended Complaint*<br>Party: Plaintiff Brown, Suzanne M<br>*Attachment to Amended Complaint* | | Index # 10 |
| 07/06/2026 | Other<br>*Attachment to Amended Complaint*<br>Party: Plaintiff Brown, Suzanne M<br>*Attachment to Amended Complaint* | | Index # 11 |
| 07/06/2026 | Other<br>*Attachment to Amended Complaint*<br>Party: Plaintiff Brown, Suzanne M<br>*Attachment to Amended Complaint* | | Index # 12 |
| 07/06/2026 | Other<br>*Attachment to Amended Complaint*<br>Party: Plaintiff Brown, Suzanne M<br>*Attachment to Amended Complaint* | | Index # 13 |
| 07/06/2026 | Other<br>*Attachment to Amended Complaint*<br>Party: Plaintiff Brown, Suzanne M<br>*Attachment to Amended Complaint* | | Index # 14 |
| 07/06/2026 | Other<br>*Attachment to Amended Complaint*<br>Party: Plaintiff Brown, Suzanne M<br>*Attachment to Amended Complaint* | | Index # 15 |
| 07/06/2026 | Other<br>*Attachment to Amended Complaint*<br>Party: Plaintiff Brown, Suzanne M<br>*Attachment to Amended Complaint* | | Index # 16 |
| 07/06/2026 | Other<br>*Attachment to Amended Complaint*<br>Party: Plaintiff Brown, Suzanne M<br>*Attachment to Amended Complaint* | | Index # 17 |
| 07/07/2026 | Ex Parte Temporary Order<br>*VACATED (See #49)* | (Judicial Officer: MacLeod, Lawrence A, JR) | Index # 6 |
| 07/07/2026 | Granted | (Judicial Officer: MacLeod, Lawrence A, JR) | |
| 07/07/2026 | Summons on Complaint<br>*ENV #5064160 w/Coos Caselines Info* | | Index # 7 |
| 07/07/2026 | **Service**<br>Riemitis, Joan<br>Served: 08/18/2026 | | |
| 07/13/2026 | Appearance<br>*of John Riff IV ESQ obo Def*<br>Party: Defendant Riemitis, Joan<br>*of John Riff IV ESQ obo Def* | | Index # 18 |
| 07/13/2026 | Obj - Motion for Ex Parte Relief<br>*Def*<br>Party: Defendant Riemitis, Joan<br>*Def* | | Index # 19 |

## Case Summary

**Case No. 214-2026-CV-00129**

07/13/2026 Motion to Dismiss — Index # 20
*Def*
Party: Defendant Riemitis, Joan
*Def*

07/15/2026 Memorandum of Law — Index # 21
*iso Obj to Mo to Dismiss - Plt*
Party: Plaintiff Brown, Suzanne M
*iso Obj to Mo to Dismiss - Plt*

07/15/2026 Obj-Motion to Dismiss — Index # 22
*-Plt*
Party: Plaintiff Brown, Suzanne M
*-Plt*

07/15/2026 Response to Objection — Index # 23
*to Ex Parte Motion - Plt*
Party: Plaintiff Brown, Suzanne M
*to Ex Parte Motion - Plt*

07/15/2026 Memorandum of Law — Index # 24
*iso Obj to Mo to Dismiss - Plt*
Party: Plaintiff Brown, Suzanne M
*iso Obj to Mo to Dismiss - Plt*

07/16/2026 **Ex Parte Hearing** (3:00 PM)
*caselines JSF Conflict*
*Taken Under Advisement*

07/16/2026 Notice of Intent to Reply — Index # 25
*to Obj to Mo to Dismiss - Def*
Party: Defendant Riemitis, Joan
*to Obj to Mo to Dismiss - Def*

07/16/2026 Motion — Index # 26
*for Court to take notice of Service Status-Plt*
Party: Plaintiff Brown, Suzanne M
*for Court to take notice of Service Status-Plt*

07/16/2026 Motion — Index # 27
*for Court to take notice of Service Status cont. -Plt*
Party: Plaintiff Brown, Suzanne M
*for Court to take notice of Service Status cont. -Plt*

07/16/2026 Other — Index # 28
*Exhibit to Mo - Plt*
Party: Plaintiff Brown, Suzanne M
*Exhibit to Mo - Plt*

07/16/2026 Other — Index # 29
*Exhibit to Mo - Plt*
Party: Plaintiff Brown, Suzanne M
*Exhibit to Mo - Plt*

07/17/2026 Motion to Strike — Index # 30
*Exhibits A through E-Plf*
Party: Plaintiff Brown, Suzanne M
*Exhibits A through E-Plf*

07/17/2026 Affidavit — Index # 31
*of Plf iso Mo Strike*
Party: Plaintiff Brown, Suzanne M
*of Plf iso Mo Strike*

07/17/2026 Other — Index # 32
*Exhibit 1 iso Mo Strike-Plf*
Party: Plaintiff Brown, Suzanne M
*Exhibit 1 iso Mo Strike-Plf*

07/17/2026 Obj-Motion to Strike — Index # 33

| | | |
|---|---|---|
| | *Exhibits A thru E-Def*<br>Party: Defendant Riemitis, Joan<br>*Exhibits A thru E-Def* | |
| 07/17/2026 | Response to Objection<br>*to Motion to Strike-Plf*<br>Party: Plaintiff Brown, Suzanne M<br>*to Motion to Strike-Plf* | Index # 34 |
| 07/21/2026 | Motion to Amend<br>*Motion to Dismiss Complaint -Def*<br>Party: Defendant Riemitis, Joan<br>*Motion to Dismiss Complaint -Def* | Index # 35 |
| 07/24/2026 | Denied (Judicial Officer: MacLeod, Lawrence A, JR)<br>*ENV #5098884* | |
| 07/24/2026 | Obj-Motion to Amend<br>*- Plt*<br>Party: Plaintiff Brown, Suzanne M<br>*- Plt* | Index # 36 |
| 07/24/2026 | Obj-Motion to Amend<br>*Mo to Dmismiss -Plt*<br>Party: Plaintiff Brown, Suzanne M<br>*Mo to Dmismiss -Plt* | Index # 37 |
| 07/24/2026 | Notice of Intent to Reply<br>*to Obj to Motion to Amended Motion to Dismiss-Def*<br>Party: Defendant Riemitis, Joan<br>*to Obj to Motion to Amended Motion to Dismiss-Def* | Index # 38 |
| 07/24/2026 | Notice of Intent to Reply<br>*to Obj to Motion to Amend Motion to Dismiss-Def*<br>Party: Defendant Riemitis, Joan<br>*to Obj to Motion to Amend Motion to Dismiss-Def* | Index # 39 |
| 07/29/2026 | Response to Objection<br>*ISO Mot to Amend Def's Motion to Dismiss-Def*<br>Party: Defendant Riemitis, Joan<br>*ISO Mot to Amend Def's Motion to Dismiss-Def* | Index # 40 |
| 07/29/2026 | Response to Objection<br>*to Def's Amended to Dismiss-Def*<br>Party: Defendant Riemitis, Joan<br>*to Def's Amended to Dismiss-Def* | Index # 41 |
| 08/05/2026 | Granted (Judicial Officer: MacLeod, Lawrence A, JR)<br>*ENV #5122775* | |
| 08/06/2026 | Motion to Dismiss<br>*Complaint (Amended) Def*<br>Party: Defendant Riemitis, Joan<br>*Complaint (Amended) Def* | Index # 42 |
| 08/16/2026 | Obj-Motion to Dismiss<br>*(Amended) Plf*<br>Party: Plaintiff Brown, Suzanne M<br>*(Amended) Plf* | Index # 43 |
| 08/18/2026 | Notice of Intent to Reply<br>*to Obj to Amended Motion to Dismiss-Def*<br>Party: Defendant Riemitis, Joan<br>*to Obj to Amended Motion to Dismiss-Def* | Index # 44 |
| 08/18/2026 | Response to Objection<br>*to Amended Motion to Dismiss-Def*<br>Party: Defendant Riemitis, Joan<br>*to Amended Motion to Dismiss-Def* | Index # 45 |

## Case Summary

**Case No. 214-2026-CV-00129**

| | | |
|---|---|---|
| 08/18/2026 | Acceptance of Service<br>*obo Def*<br>Party: Plaintiff Brown, Suzanne M<br>*obo Def* | Index # 46 |
| 08/18/2026 | Motion<br>*for Leave to File Surreply-Plf*<br>Party: Plaintiff Brown, Suzanne M<br>*for Leave to File Surreply-Plf* | Index # 47 |
| 08/18/2026 | Response<br>*Surreply to Resp to Obj to Amended MTD-Plf*<br>Party: Plaintiff Brown, Suzanne M<br>*Surreply to Resp to Obj to Amended MTD-Plf* | Index # 48 |
| 09/02/2026 | Court Order (Judicial Officer: MacLeod, Lawrence A, JR)<br>*Order on Plf's Ex Parte Motion/ENV #5177230* | Index # 49 |
| 09/08/2026 | Notice Bankruptcy Filed<br>*Plt*<br>Party: Plaintiff Brown, Suzanne M<br>*Plt* | Index # 50 |
| 09/08/2026 | Motion to Reconsider<br>*the Sept 02, 2026 Order / Plf*<br>Party: Plaintiff Brown, Suzanne M<br>*the Sept 02, 2026 Order / Plf* | Index # 51 |
| 09/10/2026 | Obj-Motion to Reconsider<br>*Def*<br>Party: Defendant Riemitis, Joan<br>*Def* | Index # 52 |
| 09/10/2026 | Motion<br>*for Expedited Discovery / Plf*<br>Party: Plaintiff Brown, Suzanne M<br>*for Expedited Discovery / Plf* | Index # 53 |
| 09/10/2026 | Other<br>*Attachment to Mo for Expedited Discovery / Plf*<br>Party: Plaintiff Brown, Suzanne M<br>*Attachment to Mo for Expedited Discovery / Plf* | Index # 54 |
| 09/10/2026 | Notice of Intent to Reply<br>*to Obj to Mo to Reconsider/Plt*<br>Party: Plaintiff Brown, Suzanne M<br>*to Obj to Mo to Reconsider/Plt* | Index # 56 |
| 09/10/2026 | Response to Objection<br>*to Mo to Reconsider/Plt*<br>Party: Plaintiff Brown, Suzanne M<br>*to Mo to Reconsider/Plt* | Index # 57 |
| 09/15/2026 | Notice of Bankruptcy<br>*as to Plt/ENV #5199846* | Index # 55 |

DEAR CLERK,
I HAVE TO WAIT FOR THE CERTIFIED COPY, NON-CERTIFIED DOCKET INCLUDED. I WILL SEND OFFICIAL RECORD UPON RECEIPT.
THANK YOU!

# TATE OF NEW HAMPSHIRE
# JUDICIAL BRANCH

https://www.courts.nh.gov

ior Court

Joan Riemitis

9

## ST FOR CERTIFICATE OR COPY

ne Brown Telephone number **(603) 828-4860**

, Errol, NH 03579

ates or copies:

- ☐ Certificate of Name Change Quantity ________ (photo ID copy required)
- ☐ Certificate of Appointment Quantity ________ (photo ID copy required)
- ☐ Certificate of Adoption Quantity ________ (See #3 below)
- ☑ Certified copy - list documents
  - **Cwertified copy of registry/docket** Quantity **1**
  - ________ Quantity ________
  - ________ Quantity ________
- ☐ Plain copy – list documents
  - ________ Quantity ________
  - ________ Quantity ________
- ☐ Authenticated Packet Quantity ________
- ☐ Other – explain ☐ Foreign Country
  - ________ Quantity ________

3. For a Certificate of Adoption, please check one of the following:
   - ☐ I am the adoptee identified in the certificate, and I am age 18 or older.
   - ☐ I am the adoptive parent of the adoptee identified in the certificate.
   - ☐ **Enclosed is a copy of my driver's license, or a photo ID**

4. For all requests, please check one of the following:
   - ☐ I will pick up these certificates or copies.
   - ☑ Please mail the certificates or copies to the address indicated in #1 above.

**9/21/26**
Date

________
Signature

**To be completed by Court Staff**

Type of Proof of Identification provided ________

Amount paid: ________ Payment made by: ☐ Check ☐ Cash ☐ Credit Card

Date sent or picked up: ________ Issued by: ________